# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALI WARIS, | |
| Plaintiff, | Civil No. 09-1103 (RBK) |
| v. | **ORDER** |
| LESLIE MACKEY, SARA A. BEGLEY, MIRIAM EDELSTEIN, REED SMITH LLP, ERIC KRAEUTLER, SUSANNA HENDERSON, MORGAN LEWIS & BOCKIUS, KEYSTONE HEALTH PLAN EAST, GERALD DUGAN, JOHN DOES 1-100, HEARTLAND HOME CARE, and PAUL ORMOND, | |
| Defendants. | |

THIS MATTER having come before the Court upon the following motions: **(1)** Motion to Dismiss by Defendant Gerald Dugan (Docket No. 9); **(2)** Motion to Dimiss by Defendants Keystone Health Plan East, Eric Kraeutler, Susannah Henderson, and Morgan Lewis & Bockius (Docket No. 15); **(3)** Motion to Dismiss by Defendants Sara Begley, Miriam Edelstein, and Reed Smith (Docket No. 19); **(4)** Motion for Pre-Filing Injunction by Defendants Begley, Edelstein and Reed Smith (Docket No. 19); **(5)** Motion to Dismiss by Defendants Leslie Mackey, Paul Ormond, and Heartland Home Care (Docket No. 20); **(6)** Motion to File a Sur-Reply by Plaintiff Ali Waris (Docket No. 28); **(7)** Motion to Recuse by Plaintiff (Docket No. 30); and **(8)** Motion to Strike by Plaintiff (Docket No. 35); and the Court having considered the moving papers and the

responses thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that the Motion to Dismiss by Defendant Gerald Dugan (Docket No. 9) is **GRANTED**; and it is further

ORDERED that the Motion to Dismiss by Defendants Keystone Health Plan East, Eric Kraeutler, Susannah Henderson, and Morgan Lewis & Bockius (Docket No. 15) is **GRANTED**; and it is further

ORDERED that the Motion to Dismiss by Defendants Sara Begley, Miriam Edelstein, and Reed Smith (Docket No. 19) is **GRANTED**; and it is further

ORDERED that the Motion for Pre-Filing Injunction by Defendants Begley, Edelstein, and Reed Smith (Docket No. 19) is **DENIED**; and it is further

ORDERED that the Motion to Dismiss by Defendants Leslie Mackey, Paul Ormond, and Heartland Home Care (Docket No. 20) is **GRANTED**; and it is further

ORDERED that the Motion to File a Sur-Reply by Plaintiff Ali Waris (Docket No. 28) is **DENIED**; and it is further

ORDERED that the Motion to Recuse by Plaintiff (Docket No. 30) is **DENIED**; and it is further

ORDERED that the Motion to Strike by Plaintiff (Docket No. 35) is **GRANTED**; and it is further

ORDERED that Plaintiff is **DENIED** leave to amend the Amended Complaint; and it is further

ORDERED that Defendants John Does 1-100 are **DISMISSED**; and it is further

ORDERED that this matter, Civ. No. 09-1103, is **CLOSED**.

Dated: 12-14-09

ROBERT B. KUGLER
United States District Judge

3